LOEB & LOEB LLP
LANCE N. JURICH (SBN 132695)
ljurich@loeb.com
BENJAMIN R. KING (SBN 205447)
bking@loeb.com
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Telephone: 310.282.2000
Facsimile: 310.282.2200

Attorneys for Defendant
TREVOR DRINKWATER

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>GENIUS PRODUCTS, LLC,<br><br>    Debtor. | Case No.: 2:11-BK-62283-BB<br><br>Chapter 7<br><br>Adversary Nos. 2:14-AP-01287-BB |
| ALFRED H. SIEGEL, CHAPTER 7 TRUSTEE FOR THE ESTATE OF GENIUS PRODUCTS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>TREVOR DRINKWATER,<br><br>    Defendant. | **DECLARATION OF BENJAMIN R. KING IN SUPPORT OF MOTION OF LOEB & LOEB LLP (COUNSEL FOR DEFENDANT TREVOR DRINKWATER) FOR RECONSIDERATION OF ORDERS FOR SANCTIONS**<br><br>[No Hearing Required] |

I, Benjamin R. King, declare as follows:

1.    I am a partner of the firm of Loeb & Loeb LLP ("Loeb"), counsel of record for defendant Trevor Drinkwater ("Mr. Drinkwater") in the above-captioned actions. I am a member in good standing of the State Bar of California. I make this declaration in support of Loeb's motion for reconsideration of the sanctions Orders issued against Loeb [Dockets Nos. 108 and 109, in the above captioned action, true and correct copies of which

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

13361268.1
223818-10001

1
DECLARATION I/S/O MOTION FOR RECONSIDERATION RE
SANCTIONS ORDERS

are attached hereto for this Court's convenience as Exhibits 1 and 2]. I have personal knowledge of the foregoing facts and, if called upon to do so, I could and would competently testify to the same in a court of law.

2.     The Court's sanctions Orders pertain to two motions which were heard and ruled upon by this Court on November 1, 2016 – including the Trustee's motions: (1) for leave to file a Second Amended Complaint; and (2) to consolidate the above-captioned proceeding with Adversary Proceeding No. 2:15-ap-1241-BB brought by the Trustee against the Weinstein Company *et al.* (our client, Trevor Drinkwater, was not a party to that action) (the "Motions").

3.     After the Motions were heard, on or about November 14, 2017, I sent forms of orders on each of the Motions to the Trustee's counsel for review, and soon thereafter the Trustee's counsel threatened to object to our draft orders. The threat of objections gave rise to a lengthy meet and confer process about the appropriate content of the subject orders, as the parties had significant differences about the same. I engaged in a number of telephone conferences with the Trustee's counsel in December 2016 and January 2017 in which we sought to resolve our differences on the content of the subject orders. Those differences were never resolved, however, at some point, the discussions over the content of the orders became interwoven with discussions of terms of full settlement between the parties of the above-captioned adversary proceeding. In January 2017, the parties ultimately reached a full settlement in principle.

4.     Soon after that settlement was reached, on January 24, 2017, counsel for the parties informed the Court in a Joint Status Report that the adversary proceeding against Mr. Drinkwater was settled in principle [*see* Docket No. 106] (the "1/24 JSR," a copy of which is attached for this Court's convenience as Exhibit 3 ). <u>I honestly believed that the notification to this Court that a settlement had been reached alleviated the need to complete the contentious meet and confer process over the contents of orders on the Motions and lodge those orders.</u> Significant differences remained between the parties about what level of detail was appropriate in the orders and what content would appropriate memorialize

2

13361268.1
223818-10001

DECLARATION I/S/O MOTION FOR RECONSIDERATION RE
SANCTIONS ORDERS

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

this Court's rulings. After the 1/24 JSR was filed, at the parties' request and based upon the settlement, this Court continued the status conference as to which that JSR pertained to permit the parties the opportunity to document the settlement and seek approval of the same.

5. Because the parties had significant differences as to the forms of orders that were appropriate as to the Motions at the time of settlement, I am confident that lodging orders on the Motions would have subjected not only Mr. Drinkwater to added fees and costs, but the Bankruptcy Estate as well – a factor that was taken into consideration in connection with the settlement discussions. While it has taken the parties longer than expected to document the settlement, they have made substantial progress to that end and a motion for approval of the settlement is expected soon.

6. I sincerely apologize to this Court for any inconvenience occasioned by the lack of lodging of proposed orders on the Motion and, had I understood that the notice to the Court of the settlement in January did not relieve Loeb of the need to lodge the subject orders, I certainly would have done so. By no means was there any intention of by me or my firm to ignore the commands of this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 11th day of April, 2017, at Los Angeles, California.

*/s/ Benjamin R. King*
BENJAMIN R. KING

13361268.1
223818-10001

3
DECLARATION I/S/O MOTION FOR RECONSIDERATION RE SANCTIONS ORDERS

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

# EXHIBIT 1

FILED & ENTERED

APR 10 2017

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY wesley    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Genius Products LLC<br>The Weinstein Company LLC<br><br>                       Debtor(s).<br><br>Alfred H. Siegel<br><br>                       Plaintiff(s),<br>  v.<br><br>Trevor Drinkwater<br><br>                       Defendant(s). | CHAPTER 7<br><br>Case No.:  2:11-bk-62283-BB<br>Adv No:   2:14-ap-01287-BB<br><br>**ORDER (i) DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND (ii) IMPOSING SANCTIONS FOR DEFENDANT'S FAILURE TO LODGE ORDER FOLLOWING HEARING**<br><br>Date:      November 1, 2016<br>Time:     2:00 PM<br>Courtroom: 1539 |

     On November 1, 2016 at 2:00 p.m. the Court held a hearing in the above-referenced adversary proceeding on Plaintiff's motion for leave to file amended complaint (the "Motion"). The Court having (i) denied the Motion and (ii) instructed

-1-

Defendant to lodge an order consistent with the ruling on the Motion, and the Defendant having failed to lodge an order,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Motion is denied for the reasons set forth on the record.

2. Counsel for Defendant, Loeb & Loeb, is hereby sanctioned $150.00 for failing to lodge an order consistent with the Court's ruling on the Motion.

3. Loeb & Loeb shall pay $150.00 to the Clerk of the Bankruptcy Court not later than 30 days after entry of this order.

###

Date: April 10, 2017

Sheri Bluebond
United States Bankruptcy Judge

# EXHIBIT 2



**FILED & ENTERED**

APR 10 2017

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** wesley    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Genius Products LLC<br>The Weinstein Company LLC<br><br>Debtor(s). | CHAPTER 7<br><br>Case No.: 2:11-bk-62283-BB<br>Adv No:  2:14-ap-01287-BB<br><br>**ORDER (i) DENYING PLAINTIFF'S MOTION TO CONSOLIDATE LEAD ADVERSARY PROCEEDING 15-01241 WITH ADVERSARY PROCEEDING 14-01287 AND (ii) IMPOSING SANCTIONS FOR DEFENDANT'S FAILURE TO LODGE ORDER FOLLOWING HEARING** |
| Alfred H. Siegel<br><br>Plaintiff(s),<br>   v.<br><br>Trevor  Drinkwater<br><br>Defendant(s). | Date:        November 1, 2016<br>Time:        2:00 PM<br>Courtroom: 1539 |

On November 1, 2016 at 2:00 p.m. the Court held a hearing in the above-referenced adversary proceeding on Plaintiff's motion to consolidate lead adversary

-1-

proceeding, adversary proceeding number 15-01241, with adversary proceeding number 14-01287 (the "Motion").  The Court having (i) denied the Motion and (ii) instructed Defendant to lodge an order consistent with the ruling on the Motion, and the Defendant having failed to lodge an order,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Motion is denied for the reasons set forth on the record.
2. Counsel for Defendant, Loeb & Loeb, is hereby sanctioned $150.00 for failing to lodge an order consistent with the Court's ruling on the Motion.
3. Loeb & Loeb shall pay $150.00 to the Clerk of the Bankruptcy Court not later than 30 days after entry of this order.

###

Date: April 10, 2017

Sheri Bluebond
United States Bankruptcy Judge

# EXHIBIT 3

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| David B. Shemano (SBN176020)<br>dshemano@robinskaplan.com<br>James P. Menton, Jr. (SBN 159032)<br>jmenton@robinskaplan.com<br>ROBINS KAPLAN LLP<br>2049 Century Park East, Suite 3400<br>Los Angeles, CA 90067<br>Telephone: 310-552-0130<br>Facsimile: 310-229-5800<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Plantiff Alfred Siegel, Chapter 7 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>GENIUS PRODUCTS, LLC | CASE NO.: 2:11-BK-01287-BB |
|---|---|
| | ADVERSARY NO.: 2:14-ap-01287-BB |
| | CHAPTER: 7 |
| Debtor(s). | |
| ALFRED H. SIEGEL, CHAPTER 7 TRUSTEE FOR THE ESTATE OF GENIUS PRODUCTS, LLC,<br><br>                                    Plaintiff(s).<br>vs.<br>TREVOR DRINKWATER<br><br><br><br>                                    Defendant(s). | **JOINT STATUS REPORT**<br>**[LBR 7016-1(a)(2)]** |
| | DATE: 02/07/2017<br>TIME: 2:00 p.m.<br>COURTROOM: 1539<br>ADDRESS: 255 East Temple Street<br>Los Angeles, CA 90012 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

**A. PLEADINGS/SERVICE:**

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)?    ☒ Yes    ☐ No
2. Have all parties filed and served answers to the Claims Documents?    ☒ Yes    ☐ No
3. Have all motions addressed to the Claims Documents been resolved?    ☒ Yes    ☐ No
4. Have counsel met and conferred in compliance with LBR 7026-1?    ☒ Yes    ☐ No

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                            Page 1                                        **F 7016-1.STATUS.REPORT**

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," please explain below (*or on attached page*):

**B.  READINESS FOR TRIAL:**

    1.    When will you be ready for trial in this case?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| See Section G. | See Section G. |

    2.    If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| See Section G. | See Section G. |

    3.    When do you expect to complete <u>your</u> discovery efforts?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| See Section G. | See Section G. |

    4.    What additional discovery do you require to prepare for trial?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| Written discovery, depositions, expert discovery. See Section G. | Written discovery, depositions, expert discovery. See Section G. |

**C.  TRIAL TIME:**

    1.    What is your estimate of the time required to present <u>your side of the case</u> at trial (*including rebuttal stage if applicable*)?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| Unknown at this time.  See Section G. | Unknown at this time.  See Section G. |

    2.    How many witnesses do you intend to call at trial (*including opposing parties*)?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| Unknown at this time.  See Section G. | Unknown at this time.  See Section G. |

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*      Page 2    **F 7016-1.STATUS.REPORT**

3. How many exhibits do you anticipate using at trial?

| Plaintiff | Defendant |
|---|---|
| Unknown at this time.  See Section G. | Unknown at this time.  See Section G. |

**D. PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court.  [See LBR 7016-1.]  If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
|---|---|
| Pretrial conference ☒ is  ☐ is not  requested | Pretrial conference ☒ is  ☐ is not  requested |
| Reasons: | Reasons: |
| Narrow issues for trial. | Narrow issues for trial. |

| Plaintiff | Defendant |
|---|---|
| Pretrial conference should be set <u>after</u>: | Pretrial conference should be set <u>after</u>: |
| (*date*) _____ | (*date*) _____ |

**E. SETTLEMENT:**

1. What is the status of settlement efforts?

   Parties are engaged in settlement discussions.

2. Has this dispute been formally mediated?     ☐ Yes    ☒ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

| Plaintiff | Defendant |
|---|---|
| ☐ Yes   ☒ No | ☐ Yes   ☒ No |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*     Page 3     **F 7016-1.STATUS.REPORT**

F. **FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

Plaintiff
I ☒ do ☐ do not consent to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.

Defendant
I ☒ do ☐ do not consent to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.

G. **ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)
The parties have reached a settlement in principal resolving the action, subject to documentation and court approval. The parties respectfully request a 60-day continunace of the status conference, or a date convenient to the Court, to pursue such documentation and court approval.

Respectfully submitted,

Date: 01/24/2017

Robins Kaplan LLP
Printed name of law firm

/s/ James P. Menton, Jr.
Signature

James P. Menton, Jr.
Printed name

Attorney for: Plaintiff

Date: 01/24/2017

Benjamin King
Printed name of law firm

[signature]
Signature

Benjamin King
Printed name

Attorney for: Defendant

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                    Page 4                                    F 7016-1.STATUS.REPORT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

ROBINS KAPLAN LLP
2049 Century Park East, Suite 3400
Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **JOINT STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **January 24, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Lance N Jurich     ljurich@loeb.com, karnote@loeb.com;ladocket@loeb.com
- Benjamin R King     bking@loeb.com, karnote@loeb.com;ladocket@loeb.com
- James P Menton     JPMenton@rkmc.com
- David B Shemano     dshemano@robinskaplan.com
- Alfred H Siegel (TR)     Al.siegel@asiegelandassoc.com, Lisa.irving@asiegelandassoc.com;Margo.tzeng@asiegelandassoc.com;asiegel@ecf.epiqsystems.com
- Lindsey L Smith     lls@lnbyb.com, lls@ecf.inforuptcy.com
- United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **January 24, 2017** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Judge:**
Hon. Sheri Bluebond
United States Bankruptcy Court
255 E. Temple Street, Suite 1534 / Courtroom 1539
Los Angeles, CA 90012

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                **F 9013-3.1.PROOF.SERVICE**
61283185.1

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 24, 2017 | Diana Tehranfar | /s/ Diana Tehranfar |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
61283185.1

**F 9013-3.1.PROOF.SERVICE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10100 Santa Monica Blvd., Suite 2200, Los Angeles, CA 90067-4120

A true and correct copy of the foregoing document entitled (*specify*): (1) MOTION OF LOEB & LOEB LLP (COUNSEL FOR DEFENDANT TREVOR DRINKWATER) FOR RECONSIDERATION OF ORDERS FOR SANCTIONS; (2) DECLARATION OF BENJAMIN R. KING IN SUPPORT OF MOTION OF LOEB & LOEB LLP (COUNSEL FOR DEFENDANT TREVOR DRINKWATER) FOR RECONSIDERATION OF ORDERS FOR SANCTIONS
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) April 11, 2017        , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Lance N Jurich ljurich@loeb.com, karnote@loeb.com;ladocket@loeb.com
Benjamin R King bking@loeb.com, karnote@loeb.com;ladocket@loeb.com
James P Menton JPMenton@rkmc.com
David B Shemano dshemano@robinskaplan.com
Alfred H Siegel (TR) Al.siegel@asiegelandassoc.com,Lisa.irving@asiegelandassoc.com;
Margo.tzeng@asiegelandassoc.com;asiegel@ecf.epiqsystems.com
Lindsey L Smith lls@lnbyb.com, lls@ecf.inforuptcy.com
United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) April 11, 2017        , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Sheri Bluebond, USBC, 255 E. Temple Street, Ctrm 1539, Los Angeles, CA 90012 (Overnight)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 11, 2017 | Kathryn M. Arnote | /s/ Kathryn M. Arnote |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**